[Nos. 63352-0-I; 64735-1-I.   Division One.   November 8, 2010.]

THE STATE OF WASHINGTON, *Appellant*, v. MUSE ALI MOHAMUD, *Respondent*.

*In the Matter of the Personal Restraint of* MUSE ALI MOHAMUD, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-05783-2, Michael J. Fox, J., entered April 14, 2009, together with a petition for relief from personal restraint. Judgment *affirmed in part, reversed in part,* and *remanded* and petition *denied* by unpublished opinion per Appelwick, J., concurred in by Dwyer, C.J., and Grosse, J.

[No. 63397-0-I.   Division One.   November 8, 2010.]

*In the Matter of the Marriage of* KATHERINE LYNN GUNN-BOHM, *Appellant*, and CARL RICHARD BOHM, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-3-06505-2, Helen Halpert, J., entered March 30, 2009. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Leach, A.C.J., and Grosse, J.

[No. 63523-9-I.   Division One.   November 8, 2010.]

*In the Matter of the Marriage of* KATHLEEN JEAN JANES, *Appellant*, and STEVEN CRAIG JANES, *Respondent*.

Appeal from a judgment of the Superior Court for Island County, No. 03-3-00379-2, Vickie I. Churchill, J., entered January 13, 2009. *Reversed* and *remanded* by unpublished opinion per Ellington, J., concurred in by Leach, A.C.J., and Grosse, J.